**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 22, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| **WD77775** | **In the Interest of: D.D.D. vs. Juvenile Officer** |
| **WD78183** | **Linda Jackson vs. Division of Employment Security** |
| **WD78205** | **In the Interest of: M.L.R.M.; Juvenile Officer vs. S.L.C.** |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| **WD77533** | **State of Missouri vs. Chane Nutt** |